[No. 66851-0-I.   Division One.   May 14, 2012.]

CHARLES DANIELS, *Respondent*, v. THE EMPLYOYMENT SECURITY DEPARTMENT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-24114-1, Michael Hayden, J., entered February 17, 2011. *Reversed* by unpublished opinion per Ellington, J., concurred in by Becker and Cox, JJ. Now published at 168 Wn. App. 721.

[No. 66874-9-I.   Division One.   May 14, 2012.]

RENTON NEIGHBORS FOR HEALTHY GROWTH, *Appellant*, v. PACLAND ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-31728-7, Brian D. Gain, J., entered February 22, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Appelwick, JJ.

[No. 37930-9-II.   Division Two.   May 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE LEE TRICE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02168-3, Beverly G. Grant, J., entered July 1, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, J.; Armstrong, J., dissenting.

[No. 40530-0-II.   Division Two.   May 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ROLAND DOUGLAS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 09-1-00177-4, Toni A. Sheldon, J., entered March 29, 2010. *Reversed* and *remanded* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Hunt, J.